No. 04–9829. DAY *v.* FARWELL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–9858. CURTO *v.* EDMONDSON ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–9862. ANDERSON *v.* PARKER, WARDEN. Ct. Crim. App. Tenn. Certiorari denied.

No. 04–9905. WEST *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 04–9908. MENDOZA MALDONADO *v.* GONZALES, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 04–9920. MEAD *v.* OREGON; MEAD *v.* MURGO, JUDGE, CIRCUIT COURT OF WASHINGTON COUNTY, ET AL.; and MEAD *v.* KOHL, JUDGE, CIRCUIT COURT OF WASHINGTON COUNTY, ET AL. Sup. Ct. Ore. Certiorari denied.

No. 04–9930. WILLIAMS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–9945. JAMERSON *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 04–9970. HICKS *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 04–10022. MIRANDA *v.* LEIBACH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–10055. BROWN *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 04–10112. VESEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–10113. BERRY *v.* PAINTER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–10185. BETTS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.